RICHARD R. LEBLOND, administrator, & another *vs.* BERNARD F. FIN-
NERTY (and two companion cases[1]). February 2, 1967. The defendant
has excepted to the denial of motions for directed verdicts in three cases,
consolidated for trial, arising out of a multiple collision involving a bus
and a number of automobiles, one of which was operated by the defendant.
On the evidence most favorable to the plaintiffs the jury could have found
the following. The plaintiff Norman D. Doucette, accompanied by his
wife, the plaintiff Mary A. Doucette, on July 9, 1960, was operating a
passenger vehicle in the right hand lane of Route 110 in Amesbury, Massa-
chusetts. He was following a bus carrying Raymond J. LeBlond, a plain-
tiff who died after the trial, and the plaintiff Ersolina C. LeBlond and the
plaintiffs William Ring and Joan Ring and, in turn, was proceeding sev-
eral car lengths in front of the defendant. As Doucette slowed down in
response to the bus's reduced speed and directional indication that it was
preparing to stop, his automobile was struck in the rear by the vehicle
operated by the defendant. The impact knocked Doucette's car into an
oncoming car in the third lane while the defendant's car proceeded along
the left side of the stationary bus, stopping some 700 feet ahead. The jury
could properly conclude that the negligence of the defendant produced the
chaos which damaged the person and property of Doucette and injured
his wife. *Hendler* v. *Coffey*, 278 Mass. 339, 340–341. *Cousins* v. *Cum-
mings*, 332 Mass. 649, 650–651. *Harrington* v. *Central Greyhound Lines,
Inc. of New York*, 336 Mass. 436, 437. It was also open to the jury on
the evidence to infer that it was the defendant's car which struck the bus
causing injury to those plaintiffs who were passengers therein. *Jennings*
v. *Bragdon*, 289 Mass. 595, 597. *Mazzaferro* v. *Dupuis*, 321 Mass. 718,
719.

*Exceptions overruled.*

*Paul A. Good* for the defendant.
*Joseph J. Hurley* for the plaintiffs LeBlond.
*Henry P. Minichiello*, for the plaintiffs Doucette, joined in a brief.